IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUSSELL BERGER
ADC #115855                                                                                    PETITIONER

VS.                                          5:07CV00298 JTR

LARRY NORRIS, Director,
Arkansas Department of Corrections                                           RESPONDENT

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition and Amended Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (docket entries #1 and #30) are DENIED, and this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 19th day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE